

ENTERED
11/21/2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br>EXCO RESOURCES, INC., *et al.*,[1]<br>Debtors.<br>_____<br>GEN IV INVESTMENT OPPORTUNITIES, LLC and VEGA ASSET PARTNERS, LLC,<br>Plaintiffs,<br>v.<br>FAIRFAX FINANCIAL HOLDINGS LIMITED, *et al.*,<br>Defendants. | Chapter 11<br><br>Case No. 18-30155 (MI)<br><br>(Jointly Administered)<br><br><br><br>Adversary No. 18-03295 (MI) |

**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL OPPOSITION
TO DEFENDANTS' EMERGENCY JOINT MOTION TO DISMISS**

Upon the Motion (the "Motion")[2] filed by Plaintiffs for entry of an order (this "Order"): (a) authorizing Plaintiffs' to file under seal portions of the Opposition; and (b) directing that the Opposition shall, subject to the Protective Order, remain under seal and confidential and not be made available to anyone except to (i) the Court, (ii) Defendants, (iii) the Debtors, (iv) the U.S. Trustee, and (v) the Committee on a confidential basis; and that this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334, and consideration of the Motion being

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holdings (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court finding that the relief requested in the Motion is in the best interests of the Debtors and their estates; and it appearing that due and sufficient notice of the Motion has been provided by Plaintiffs and that no other or further notice is required; and after due deliberation and good cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. Omitted.

2. Plaintiffs are authorized to file under seal the redacted portions of the Opposition. Such portions of the Opposition shall be filed under seal, shall remain confidential, subject to the Protective Order, and shall not be made available to anyone, other than as provided in paragraph 3 of this Order or further order of the Court.

3. Plaintiffs are authorized to cause the unredacted version of the Opposition to be served on and otherwise made available, on a confidential basis, only to: (i) the Court, (ii) Defendants, (iii) the Debtors, (iv) the U.S. Trustee, and (v) the Committee on a confidential basis.

4. Nothing in the Motion or this Order shall be deemed or construed as a waiver of any claims that Plaintiffs have or may have against Defendants, whether or not such claims arise under or are related to the Opposition.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. Plaintiffs are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7.  This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: November 21, 2018

_____
Marvin Isgur
United States Bankruptcy Judge

AMERICAS 96598836